Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MONIQUE FELL, an individual | Case No. 2:17-cv-01331-RSM |
| Plaintiff, | STIPULATED GENERAL JUDGMENT OF DISMISSAL |
| vs. | |
| COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation, | |
| Defendant. | |

The Court, having been advised that the parties to this action have privately mediated and settled all issues in dispute and that they desire the entry of a general judgment of dismissal with prejudice, and being of the opinion that the order should be entered, it is therefore:

ORDERED AND ADJUDGED that the above actions be, and are hereby, dismissed with prejudice and without attorney fees, costs, or disbursements to any party.

DATED this 13 day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED GENERAL JUDGMENT OF DISMISSAL
(W. Wa Case No. 2:17-cv-01331-RSM) – Page 1

831489
THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy., Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

IT IS SO STIPULATED:

PATRICK LEPLEY

DATED: 12/8/17 _____ By: */s/ Patrick LePley* _____
Patrick LePley, WSB No. 7071
Of Attorneys for Plaintiff

THENELL LAW GROUP, P.C.

DATED: 12/8/17 _____ By: */s/ Daniel E. Thenell* _____
Daniel E. Thenell, WSB No. 37297
Email: dan@thenelllawgroup.com
Phone: (503) 372-6450
Fax: (503) 372-6496

By: */s/ Chelsea P Pyasetskyy* _____
Chelsea P. Pyasetskyy, WSB No. 48997
Email: chelsea@thenelllawgroup.com
Of Attorneys for Defendant Country Mutual

83I489
THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy., Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496